# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2006

126837 & (25)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

DECARLOSE T. SMITH,
        Defendant-Appellant.

SC: 126837
COA: 254724
Wayne CC: 02-005210

_____/

On order of the Court, the application for leave to appeal the June 30, 2004 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2006

Clerk

s0913